# EXHIBIT B

Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Abraxis BioScience, LLC and*
*Celgene Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAXIS BIOSCIENCE, LLC and CELGENE CORPORATION,<br><br>　　　　　　　Plaintiffs,<br>　　　v.<br><br>HBT LABS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 18-17304 (JMV)(MF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(Filed Electronically)** |

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Abraxis BioScience, LLC and Celgene Corporation, by and through their undersigned attorneys, hereby dismiss the above-captioned matter without prejudice and without costs.  No answer or motion for summary judgment has been filed.

| | |
|---|---|
| Dated: February 5, 2019 | By: s/ Charles M. Lizza<br>Charles M. Lizza<br>William C. Baton<br>SAUL EWING ARNSETIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey 07102-5426<br>(973) 286-6700<br>clizza@saul.com |
| *Of Counsel*: | |
| F. Dominic Cerrito<br>Eric C. Stops<br>Evangeline Shih<br>Andrew S. Chalson<br>Daniel Wiesner<br>Catherine T. Mattes<br>Ross Misskelley<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | *Attorneys for Plaintiffs*<br>*Abraxis BioScience, LLC and*<br>*Celgene Corporation* |
| Anthony M. Insogna<br>Steven J. Corr<br>Christopher J. Harnett<br>Cary Miller, Ph.D.<br>JONES DAY<br>4655 Executive Dr. Ste. 1500<br>San Diego, CA 92121<br>(858) 314-1200 | |