# EXHIBIT C

| | |
|---|---|
| **From:** | CDER OrangeBook <OrangeBook@fda.hhs.gov> |
| **Sent:** | Tuesday, October 09, 2018 11:53 AM |
| **To:** | Mizerk, Don |
| **Cc:** | Holbrook, Robert; CDER OrangeBook |
| **Subject:** | RE: NDA 021660 (ABRAXANE®) |

Dear Don Mizerk,

The following information is for the U.S. Agent for NDA 021660, Abraxane:

ABRAXIS BIOSCIENCE LLC
11755 WILSHIRE BLVD STE 2000
LOS ANGELES, CALIFORNIA 90025
UNITED STATES

Regards,

**Orange Book Staff,** *ac*
**Center for Drug Evaluation and Research**
**Office of Generic Drugs**
**U.S. Food and Drug Administration**
Tel: 240-402-7920
OrangeBook@fda.hhs.gov



**From:** Mizerk, Don <Don.Mizerk@huschblackwell.com>
**Sent:** Friday, October 05, 2018 3:21 PM
**To:** CDER OrangeBook <OrangeBook@fda.hhs.gov>
**Cc:** Holbrook, Robert <Robert.Holbrook@huschblackwell.com>; Mizerk, Don <Don.Mizerk@huschblackwell.com>
**Subject:** NDA 021660 (ABRAXANE®)

To whom it may concern:

Pursuant to 21 CFR 314.52 (a)(2), please advise me of the name and address of the NDA holder or its attorney, agent, or authorized official for NDA 021660 (ABRAXANE®). The NDA holder is listed on the Drugs@FDA website as Abraxis Bioscience.

Best regards,

Don Mizerk

**Don J. Mizerk**
**Office Managing Partner**

**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
Direct:  312.526.1546
Fax:  312.655.1501

Don.Mizerk@huschblackwell.com
huschblackwell.com
View Bio | View VCard

*Named a top healthcare law firm by American Health Lawyers Association and* Modern Healthcare *in 2017.*