# EXHIBIT D



## Google Maps

536 Vanguard Way, Brea, CA 92821 to 411 West 4th Street, Santa Ana, CA 92701

Drive 14.1 miles, 19 min

### 536 Vanguard Way
Brea, CA 92821

**Get on CA-57 S/Orange Fwy from W Lambert Rd**

5 min (1.6 mi)

1. Head north toward Vanguard Way — 56 ft
2. Turn right onto Vanguard Way — 312 ft
3. Turn left onto Basse Ln — 404 ft

| | 4. | Turn right onto W Lambert Rd |
| --- | --- | --- |
| | | ⓘ Pass by Wienerschnitzel (on the right in 0.5 mi) |
| | | 1.2 mi |
| | 5. | Use the right 2 lanes to turn right to merge onto CA-57 S/Orange Fwy toward Santa Ana |
| | | 0.2 mi |

**Continue on CA-57 S to Santa Ana. Take exit 1A from CA-57 S**

11 min (11.1 mi)

| | 6. | Merge onto CA-57 S/Orange Fwy |
| --- | --- | --- |
| | | 9.6 mi |
| | 7. | Keep left to continue on CA-57 S, follow signs for Orange E/I-5 S |
| | | 0.2 mi |
| | 8. | Use the left 2 lanes to take exit 1A for I-5 S/Santa Ana |
| | | 1.1 mi |
| | 9. | Keep right to continue on Exit Main St S, follow signs for Main Street N/North Broadway and merge onto N Broadway |
| | | 0.3 mi |

**Follow N Broadway to W 4th St**

5 min (1.5 mi)

| | 10. | Merge onto N Broadway |
| --- | --- | --- |
| | | 1.4 mi |
| | 11. | Turn right onto W 4th St |
| | | ⓘ Destination will be on the right |
| | | 0.1 mi |

**411 W 4th St**
Santa Ana, CA 92701

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.