# EXHIBIT E


11755 Wilshire Blvd, Los Angeles, CA 90025 to 350 W 1st St, Los Angeles, CA 90012     Drive 14.6 miles, 20 min



- via I-10 E — 20 min
  Fastest route, lighter traffic than usual — 14.6 miles

- 7:31 PM—8:29 PM — 58 min
  720 › Metro Purple Line   Metro Red Line