# EXHIBIT I

Sign in    Join now



# Abraxis BioScience

Biotechnology · Los Angeles, CA · 2,554 followers

See all 203 employees on LinkedIn →

Share

See jobs



## Keep up with Abraxis BioScience

See more information about Abraxis BioScience, find and apply to jobs that match your skills, and connect with people to advance your career.

**Join LinkedIn**    Sign In

## About us

Abraxis BioScience is a fully integrated biotechnology company dedicated to delivering progressive therapeutics, such as ABRAXANE, and core technologies that offer patients and medical professionals safer and more effective treatments for cancer and other critical illnesses.

Abraxis' portfolio includes the world's first and only protein-based nanoparticle chemotherapeutic compound. Scientists at Abraxis developed its proprietary tumor targeting system known as the nab™ Technology platform, an innovative approach to treating cancer and other critical illnesses. By harnessing the unique natural properties of the human protein albumin, Abraxis' nab technology platform enables the transport and delivery of therapeutic agents to the site of disease. This revolutionary biologically interactive delivery system is being further developed with other water insoluble drugs for their potential use across a broad range of tumors.

ABRAXANE® for Injectable Suspension (paclitaxel protein-bound particles for injectable suspension) (albumin bound), the first U.S. Food and Drug Administration (FDA) approved product to use the nab platform, was launched in 2005 for the treatment of metastatic breast cancer.

From the discovery and research phase to development and commercialization, Abraxis BioScience is committed to

## People also viewed



**Abraxis, Inc.**
Biotechnology
11-50 employees

**Abraxis Oncology**
Pharmaceuticals
1001-5000 employees



**Celgene**
Pharmaceuticals
5001-10,000 employees



**NantBio**
Biotechnology
51-200 employees

Sign in     Join now

Pharmaceuticals
11-50 employees

**Genentech**
Biotechnology
10,001+ employees

Abraxis, with headquarters in Los Angeles, California, trades on the Nasdaq Global Market under the symbol "ABII". For more information about the company and its products, please visit www.abraxisbio.com.

See more

## Employees at Abraxis BioScience

Rod Barbee — View profile

Michael Webb — View profile

Ralph Yamamoto — View profile

Wiilliam Rose — View profile

Cindy Schmidt — View profile

Sign in to find employee connections