# EXHIBIT J

Celgene Global Office Locations - Find Celgene Around the World | Celgene Corp.    Page 1 of 4

Case 1:18-cv-02019-RGA   Document 19-10   Filed 02/19/19   Page 2 of 5 PageID #: 1349



UNITED STATES ▼    SEARCH 🔍

ABOUT   DISEASES   THERAPIES   RESEARCH & DEVELOPMENT   RESPONSIBILITY   VALUE   NEWSROOM

Patients   Medical Professionals   Partnering   Investors   Careers   Contact Us    NASDAQ GS (USD) $ 87.74  -0.39 (0.44%)

# GLOBAL OFFICE LOCATIONS

Celgene is impacting the lives of patients with cancer and other serious diseases in more than 50 countries worldwide.

**Choose Country**

United States ▼

US CA San Francisco

1500 Owens Street
Suite 500
San Francisco CA 94158
United States
(415) 358-7609

Get Directions >

US NJ Warren

7 Powder Horn Drive
Warren NJ 07059
United States
(908) 673-9000

Get Directions >

US NJ Berkeley Heights 400

400 Connell Drive
Berkeley Heights NJ 07922
United States

Get Directions >

US MA Cambridge

200 Cambridge Park Drive
Cambridge MA 02140
United States
781-541-3700

Get Directions >

US NJ Summit
(Corporate Headquarters)

86 Morris Avenue
Summit NJ 07901
United States
(908) 673-9000

Get Directions >

US KS Overland Park
(Kansas City)

9225 Indian Creek Parkway
Suite 900



US CA Los Angeles
11755 Wilshire Boulevard
Suite 2000
Los Angeles CA 90025
United States
(310) 883-1300

Get Directions >

Overland Park KS 66210

United States

(913) 266-0300

Get Directions >

US CA San Diego

10300 Campus Point Drive

Suite 100

San Diego CA 92121

United States

(858) 795-4700

Get Directions >

US AZ Phoenix

620 N. 51st Avenue

Phoenix AZ 85043

United States

602-535-1300

Get Directions >

US NJ Berkeley Heights 300

300 Connell Drive

Suite 6000

Berkeley Heights NJ 07922

United States

Get Directions >

US Washington-DC

(Government Relations Office)

601 Pennsylvania Avenue NW

Washington DC 20004

United States

Get Directions >

US WA Seattle

Eastlake Office

1616 Eastlake Avenue East

Suite 510

Seattle WA 98102

United States

(206) 709-6000

Get Directions >

US TX Dallas

(I&I Sales Office)

2828 Routh Street

Dallas TX 75201

United States

972-744-3604

Get Directions >

US CA San Diego

3033 Science Park Road

Suite 300

San Diego CA 92121

United States

(858) 652-5700

Get Directions >

US CA San Diego

4242 Campus Point Court

Suite 300

San Diego CA 92121

United States

(858) 882-5300

Get Directions >

US NJ Summit West

556 Morris Avenue

Summit NJ 07901

United States

908-897-4603

Get Directions >

US CA Emeryville

5980 Horton Street

Suite 100

Emeryville CA 94608

United States

Get Directions >

US CA Brisbane (San Francisco)

2000 Sierra Point Parkway

Brisbane CA 94005

United States

Get Directions >

US WA Seattle

Dexter Office

400 Dexter Avenue North

Suite 1200

Seattle WA 98109

United States

Get Directions >

US WA Waltham

950 Winter Street

Waltham MA 02451

United States

Get Directions >

US WA Bothell

1522 217th Place SE

Bothell WA 98021

United States

Get Directions >

Celgene Global Office Locations - Find Celgene Around the World | Celgene Corp. Page 4 of 4

Case 1:18-cv-02019-RGA   Document 19-10   Filed 02/19/19   Page 5 of 5 PageID #: 1352

US CA Los Angeles

11755 Wilshire Boulevard

Suite 2000

Los Angeles CA 90025

United States

(310) 883-1300

**Get Directions >**

COPYRIGHT © 2019 CELGENE CORPORATION