# EXHIBIT K

2/10/2019 Abraxis vet Neil Desai gets Celgene backing for $23M A round; Two more biotechs set IPO terms – Endpoints News

Case 1:18-cv-02019-RGA Document 19-11 Filed 02/19/19 Page 2 of 5 PageID #: 1354

# ENDPOINTS NEWS

(https://endpts.com)

Monday, February 11, 2019    XBI 82.68 ↑ 0.69 (0.84%)

**SUBSCRIBE**
*Free newsletter, 2x daily*

Sign in to Endpoints

  (https://twitter.com/endpts)

**PROTOCOLS (HTTPS://ENDPTS.COM/CATEGORY/PROTOCOLS/)**

## Abraxis vet Neil Desai gets Celgene backing for $23M A round; Two more biotechs set IPO terms

by **SHEHLA SHAKOOR (HTTP://WWW.ENDPTS.COM/SUBSCRIBE)**  **(MAILTO:SHEHLA@ENDPOINTSNEWS.COM? SUBJECT=REGARDING%20YOUR%20ARTICLE&BODY=HELLO%2C%20SHEHLA%20SHAKOOR%0AI%27M%20WRITING%20REGARDING%20ARTICLE%20ABRAXIS%20VET%20NEIL%20DESAI%20GETS VET-NEIL-DESAI-GETS-CELGENE-BACKING-FOR-23M-A-ROUND-TWO-MORE-BIOTECHS-SET-IPO-TERMS%2F%0A)** — on May 8, 2017 10:16 AM EST

Updated: 01:08 PM



Celgene joined the syndicate backing a [$23 million (http://www.biospace.com/News/aadi-bioscience-closes-23-million-series-funding)](http://www.biospace.com/News/aadi-bioscience-closes-23-million-series-funding) Series A for **Pacific Palisades**, CA-based **Aadi Bioscience**. The money will be used to support a registration study of its lead drug, **ABI-009**, its targeted albumin-bound mTOR inhibitor. **Neil Desai**, a former SVP at **Abraxis** who helped invent Abraxane — acquired by Celgene — is running the biotech. **Hermed Capital** led the round with additional participation from **Vivo Capital**, **Decheng Capital**, the **Helsinn Investment Fund** and **Star Summit Ventures**.

→ The string of biotech IPOs is continuing with two new entries setting terms today. The cancer biotech [G1 (http://www.renaissancecapital.com/IPO-Center/News/47710/Cancer-biotech-G1-Therapeutics-sets-terms-for-$100-million-IPO?utm_source=dlvr.it&utm_medium=twitter)](http://www.renaissancecapital.com/IPO-Center/News/47710/) is looking to sell 6.3 million shares at $15 to $17 each, looking for around $100 million. Dutch biotech [argenx (http://www.renaissancecapital.com/IPO-Center/News/47711/Rare-disease-biotech-argenx-sets-terms-for-$65-million-US-IPO?utm_source=dlvr.it&utm_medium=twitter)](http://www.renaissancecapital.com/IPO-Center/News/47711/) is out to raise about $65 million selling shares at $18.18.

*ADVERTISEMENT*



*ADVERTISEMENT*

→ **Durect Corporation** {DRRX} inked a [$293 million deal (http://www.genengnews.com/gen-news-highlights/sandoz-durect-ink-up-to-293m-us-deal-for-long-acting-non-opioid-pain-drug/81254311)](http://www.genengnews.com/gen-news-highlights/sandoz-durect-ink-up-to-293m-us-deal-for-long-acting-non-opioid-pain-drug/81254311) — $20 million upfront — with **Novartis'** subsidiary **Sandoz AG** to develop and market the pain therapy **Posimir** in the US. The remedy is currently in Phase III.

→ The drumbeat of new checkpoint combo deals is proceeding today with three new pacts. **Regeneron** — which has some catching up to do — will be testing its PD-1 inhibitor **REGN2810** in combination with [two (https://globenewswire.com/news-release/2017/05/08/980032/0/en/Inovio-Regeneron-Enter-Immuno-Oncology-Clinical-Study-Agreement-for-Glioblastoma-Combination-Therapy.html)](https://globenewswire.com/news-release/2017/05/08/980032/0/en/Inovio-Regeneron-Enter-Immuno-Oncology-Clinical-Study-Agreement-for-Glioblastoma-Combination-Therapy.html) drugs from **Inovio**. Regeneron is also partnering with Korea's [SillaJen (http://files.shareholder.com/downloads/REGN/3106265058x0x941588/7fbd0d86-b63d-4cd1-b803-f53ebb480667/REGN_News_2017_5_8_General_Releases.pdf)](http://files.shareholder.com/downloads/REGN/3106265058x0x941588/7fbd0d86-b63d-4cd1-b803-f53ebb480667/REGN_News_2017_5_8_General_Releases.pdf) on kidney cancer. And [Array (https://finance.yahoo.com/news/array-biopharma-announces-strategic-collaboration-120000006.html)](https://finance.yahoo.com/news/array-biopharma-announces-strategic-collaboration-120000006.html) is combining its MEK inhibitor, **binimetinib**, with Merck's **Keytruda**.

---

The best place to read ENDPOINTS NEWS? In your inbox.

Comprehensive daily news report for those who discover, develop, and market drugs. Join **40,600+ biopharma pros** who read *Endpoints News* by email every day.

[FREE SUBSCRIPTION (HTTPS://ENDPTS.COM/SUBSCRIBE)](https://endpts.com/subscribe)

 (https://www.endpointscareers.com)

*Life Sciences Venture Professional (https://www.endpointscareers.com/jobs/7681287-life-sciences-venture-professional-for-northpond-ventures-at-northpond-ventures)*
**NORTHPOND VENTURES** Washington, DC

*Senior Drug Discovery Oncologist (https://www.endpointscareers.com/jobs/7536358-senior-drug-discovery-oncologist-at-schrodinger)*
**SCHRÖDINGER** New York, NY

**VISIT ENDPOINTS CAREERS** (https://www.endpointscareers.com) →

## SUBSCRIBER COMMENTS

There are no comments so far. **Add your own?**

Comment on this story

## READ NEXT

↓ **LATEST**

 AstraZeneca CEO Soriot is overseeing a top exec team overhaul in move to integrate MedImmune in a sweeping restructuring (https://endpts.com/astrazeneca-ceo-soriot-is-overseeing-a-top-exec-team-overhaul-in-move-to-integrate-medimmune-in-a-sweeping-restructuring/)
7 hours

 Macromolecules in a pill? Tortoise-inspired capsule offers hope in an early test delivering insulin into stomach wall (https://endpts.com/macromolecules-in-a-pill-tortoise-inspired-capsule-offers-hope-in-an-early-test-delivering-insulin-into-stomach-wall/)
2 days

 Should J&J win an OK for a flawed depression drug after notable trial failures? FDA review offers a path forward (https://endpts.com/should-jj-win-an-ok-for-a-flawed-depression-drug-after-notable-trial-failures-fda-review-offers-a-path-forward/)
3 days

See all latest (https://endpts.com/news/)

★ **FEATURED**

 Forget Bristol-Myers: Regeneron takes on Merck for the heavyweight title in non-small cell lung cancer (https://endpts.com/forget-bristol-myers-regeneron-takes-on-merck-for-the-heavyweight-title-in-non-small-cell-lung-cancer/)
February 8, 2019

 Encouraging gene therapy data give uniQure an injection of confidence as it preps PhIII showdown with Spark (https://endpts.com/encouraging-gene-therapy-data-give-unique-an-injection-of-confidence-as-it-preps-phiii-showdown-with-spark/)
February 8, 2019

UPDATED 2019's second unicorn Gossamer raises $276M in upsized IPO offering; MGM's Harpoon makes Nasdaq debut with $75.6M bounty (https://endpts.com/2019s-second-unicorn-gossamer-raises-276m-in-upsized-ipo-offering-mgms-harpoon-makes-its-nasdaq-debut-with-75-6m-bounty/)

February 8, 2019

See all featured (https://endpts.com/featured/)

## SIMILAR

Equillium's immuno-inflammatory drug wins FDA's orphan drug status; Vanda sues FDA for mandating lengthy dog study (https://endpts.com/equilliums-immuno-inflammatory-drug-wins-fdas-orphan-drug-status-vanda-sues-fda-for-mandating-lengthy-dog-study/)

February 7, 2019

Split up the chairman/CEO role at Allergan — activist investor; Zogenix files for FDA, EMA approval of seizure drug (https://endpts.com/split-up-the-chairman-ceo-role-at-allergan-activist-investor-zogenix-files-for-fda-ema-approval-of-cbd-drug/)

February 6, 2019

Amgen, Sanofi back a round for real-world evidence platform tech; Daiichi Sankyo's pexidartinib secures speedy FDA review (https://endpts.com/amgen-sanofi-back-a-round-for-real-world-evidence-platform-tech-daiichi-sankyos-pexidartinib-secures-speedy-fda-review/)

February 5, 2019

**Subscribe now.** It's free.

GET ENDPOINTS NEWS (HTTPS://ENDPTS.COM/SUBSCRIBE)

© 2019 ENDPOINTS COMPANY