# EXHIBIT L



COMPANY    SCIENTIFIC APPROACH    CAREERS    NEWS & PUBLICATIONS    CONTACT

# Markus Renschler, MD



### Markus Renschler, MD
*President and Chief Executive Officer, Cyteir Therapeutics, Inc.*

Dr. Markus Renschler joined Cyteir in January 2018 as President and Chief Executive Officer. He is a medical oncologist with 25 years' experience in cancer research from basic laboratory research to drug approval.  He has been in the pharmaceutical industry in clinical R&D, project leadership, business development and medical affairs for more than 20 years, with successful global registrations in breast cancer, non-small cell lung cancer and pancreatic cancer. Dr. Renschler was at Celgene for the past 9 years serving last as Senior Vice President, Global Head of Hematology & Oncology Medical Affairs.  In that role, he was responsible for post-marketing medical strategy and all non-registrational clinical research world-wide for the entire portfolio. As Vice President, Clinical R&D, Dr. Renschler led global clinical trial programs in lung and pancreatic cancer and melanoma.  Prior to Celgene, Dr. Renschler worked in leading roles in industry for 12 years at Pharmion and Pharmacyclics, building development teams, running research from IND to NDA, with responsibility for the



COMPANY    SCIENTIFIC APPROACH    CAREERS    NEWS & PUBLICATIONS    CONTACT

with an MD from Stanford University and BA from Princeton University.  Dr. Renschler was an Adjunct Clinical Associate Professor of Medicine (Oncology) at Stanford University until 2015, where he was teaching and treating patients in the lymphoma program.



  

## CONTACT INFORMATION

128 Spring St, Building A Suite 510, Lexington, MA 02421

857.285.4140

Company

Scientific Approach

Careers

News and Publications

Contact

Terms of Use

© Copyright 2019 Cyteir. All Rights Reserved