# EXHIBIT N

 (http://oncotelic.com/)

## Board

| Vuong Trieu PhD, Chairman | Dr. Trieu, an expert in pharmaceutical development, currently serves as Chairman of the Board for Autotelic consortium of companies including Oncotelic, Stocosil, Ithenapharma, Lipomedics, and Autotelic Inc.. Previously he was President and CEO of Igdrasol- developer of 2nd generation Abraxane- where he pioneer the regulatory pathway for approval of paclitaxel nanomedicine through a single bioequivalence trial against Abraxane. When Igdrasol merged with Sorrento Therapeutics, he became CSO and Board Director. At Stocosil he again pioneer the regulatory pathway for taking Olostar, a rosuvastatin/olmesartan FDC into US as an NDA using only Korean data. He was Board Director of Cenomed- a company focusing on CNS drug development. Before that he was Director of Pharmacology, Pharmacokinetics, and Biology at Abraxis where he lead the development of albumin encapsulated therapeutics along building high throughput platform for small molecules, mirRNA, kinases. Prior to that he was Group Leader at Applied Molecular Evoluton where he was developing biobetter for Humira and Enbrel. Before that he was Director of Cardiovascular Biology at Parker Hughes Institute. Dr. Trieu holds a PhD in Microbiology, BS in Microbiology and Botany. He is member of ENDO, ASCO, AACR, and many other professional organization. He is the holder of 28 issued US patents and 69 US patent applications. Dr. Trieu published widely in oncology, cardiovascular, and drug development. His aim is creation of grass root support for personalized drug dosing through therapeutic drug monitoring. Grass root support is being generate through creation of executives/investor through their participation in successful companies under the Autotelic consortium. |
|---|---|

| | |
|---|---|
| Anthony Maida PhD | Dr. Maida, an expert in immuno-oncology, currently serves as Senior Vice President - Clinical Research at Northwest Biotherapeutics, Inc. Prior to joining Northwest Dr. Maida served as Vice President, Clinical Research and General Manager, Oncology, World-wide at PharmaNet, Inc. Prior to joining PharmaNet Dr. Maida served as Chairman, Founder and Director of BioConsul Drug Development Corporation and Principal of Anthony Maida Consulting International, servicing pharmaceutical firms, venture capital, hedge funds and Wall Street. Dr. Maida's skill set includes the leading execution and oversight of finance, operations, research, clinical and scientific development, regulatory and manufacturing for the development of various oncology immunotherapies. Over the past 25 years Dr. Maida has served in a number of executive roles, including, Chairman, CEO, COO, CSO, CFO and business development. Over recent years Dr. Maida has raised, or assisted in financings, nearly $200 million for emerging biotechnology companies. Dr. Maida serves as an advisor, consultant and technical analyst for CMX Capital, LLC, Sagamore Bioventures, Roaring Fork Capital, Toucan Capital, North Sound Capital, The Bonnie J. Addario Lung Cancer Foundation and vFinance; the later three companies are located on the East Coast. Additionally, Dr. Maida has been retained by Abraxis BioScience, Inc., Northwest BioTherapeutics, Inc. and Takeda Chemical Industries, Ltd. (Osaka, Japan). Dr. Maida holds a Ph.D. in Immunology, a B.A. degree in Biology, a B.A. Degree in History, a MBA and a MA in toxicology. He is a member of the American Society of Clinical Oncology (ASCO), the American Association for Cancer Research (AACR), the Society of Neuro-Oncology (SNO), the Society for Immunotherapy of Cancer (SITC), and the American Chemical Society. Dr. Maida holds a patents and patent applications associated with various therapeutic modalities and approaches. |

## Dr. Trieu's interview with Los Angeles Business Journal (http://oncotelic.com/wp-content/uploads/LosAngelesBusinessJournal2018-05-21.pdf)

Copyright © 2019 Oncotelic Inc. All rights reserved.