# EXHIBIT O

# Janet Xiao



**Partner**

Palo Alto, (650) 813-5736
jxiao@mofo.com
Download vCard

## Education

Nanjing University (B.S., 1989)
Chinese Academy of Sciences (M.S., 1992)
University of California, Los Angeles (Ph.D., 2000)
University of California, Berkeley, School of Law (J.D., 2003)

## Practices

Patent Counseling + Prosecution
IP Due Diligence
Life Sciences

## Bar Admissions

California
U.S. Patent & Trademark Office

## Overview

Dr. Janet (Jian) Xiao is co-chair of the global Life Sciences Group. She primarily represents clients in the biotechnology and pharmaceutical industries in their world-wide patent procurement, patent portfolio management, and strategic planning.

Dr. Xiao advises biopharmaceutical companies and research institutions on patent matters relating to various technologies including antibody therapeutics, cell therapeutics, nanomedicine, gene therapy, personalized medicine, drug delivery systems, diagnostics, and nutraceuticals. She also represents many start-up biopharmaceutical companies to help them build a strong IP position from inception.

Dr. Xiao has significant experience in developing and strengthening her clients' complex patent portfolios to maximize their commercial value and success. She has been working with Abraxis BioScience, a nanotechnology-based pharmaceutical company, since 2005 to develop a strong patent portfolio to protect its proprietary *NabTM* technology and its leading anticancer drug, Abraxane®. The patent portfolio was a major component of the valuation underlying Abraxis' $2.9 billion acquisition by Celgene in 2010, and Dr. Xiao continues to advise Celgene on the Abraxis patent portfolio after the acquisition.

Dr. Xiao works extensively in performing IP due diligence reviews in the contexts of VC investments, technology transactions, mergers and acquisitions, as well as marketing and manufacturing clearances for biopharmaceutical products. She works closely with Genentech, one of the world's first and most successful biotechnology companies, in its strategic risk assessment of freedom to operate on various technologies.

Dr. Xiao also helps her clients devise strategies in the events of legal challenges by third party competitors or *vice versa*. She also prepares legal opinions on patent validity and freedom to operate.

Dr. Xiao is among the very few IP attorneys who are both equipped with solid skills in global strategic IP management and knowledgeable about IP issues unique to China and Chinese clients. She is frequently called upon to advise clients on IP issues and conduct IP due diligence in U.S./China cross-border transactions and operations in China. She is also frequently invited to speak on IP issues both in the United States and in China.

Since 2014, Dr. Xiao has been listed every year in *Chambers Global* as a leading IP expert in the United States and a leading IP lawyer in China as an expert based abroad. *Chambers Global* says that Janet "is recognised for her knowledge of IP law relating to the life sciences arena," and that she is "held in high regard by sources for her deep understanding of the pharmaceutical and biotech industries." *Chambers Global* 2016 notes that "She is well versed in acting for Chinese companies on U.S.-related IP matters, especially in the biotechnology and pharmaceuticals industries. Transactional IP along with patent prosecution and licensing constitute Xiao's key areas of skill." As noted by *Chambers Global* 2017, "Outstanding IP lawyer Janet Xiao is renowned for her work on IP issues concerning complex cross-border transactions, where she regularly advises Chinese clients." Her recognitions continue with *Chambers Global 2018*, "Janet is a wonderful lawyer. She is very experienced in advising life sciences clients doing business in China and the US. She is highly responsive and always gives practical advice. Her IP expertise adds tremendous value to our business."

Dr. Xiao sits on the board of the Chinese-American Biopharmaceutical Society (CABS) and is an active member of BayHelix. She serves on the advisory panels for the University of California, San Francisco ("UCSF") Clinical & Translational Science Institute translational science program.