# EXHIBIT Q

US 20040047835A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2004/0047835 A1

Bianco (43) Pub. Date: **Mar. 11, 2004**

(54) **COMBINATORIAL DRUG THERAPY USING POLYMER DRUG CONJUGATES**

(75) Inventor: **James A. Bianco**, Seattle, WA (US)

Correspondence Address:
**DONALD W. WYATT
CELL THERAPEUTICS, INC.
501 ELLIOTT AVENUE WEST, #400
SEATTLE, WA 98119 (US)**

(73) Assignee: **Cell Therapeutics, Inc.**

(21) Appl. No.: **10/635,970**

(22) Filed: **Aug. 6, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 60/408,591, filed on Sep. 6, 2002.

(60) Provisional application No. 60/409,159, filed on Sep. 9, 2002. Provisional application No. 60/419,512, filed on Oct. 18, 2002.

**Publication Classification**

(51) Int. Cl.$^7$ ........................ **A61K 38/16**; A61K 38/14; A61K 31/7072; A61K 31/4745

(52) U.S. Cl. ........................ **424/78.17**; 514/8; 514/283; 514/109; 514/50; 514/34; 600/1

(57) **ABSTRACT**

The present invention discloses combinations of drug conjugates with other therapeutic agents, including chemotherapy drugs. The invention also provides methods of using the combinations for the treatment of diseases associated with cell proliferation, such as tumors.