# EXHIBITS S-V

# REDACTED IN

# THEIR ENTIRETY