# EXHIBIT W

# Drugs@FDA: FDA Approved Drug Products

**f SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

±

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)**

**Home (index.cfm)** | **Previous Page**

**New Drug Application (NDA):** 021660
**Company:** ABRAXIS BIOSCIENCE

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=021660)**

**Products on NDA 021660**

CSV | Excel | Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | RL |
|---|---|---|---|---|---|---|
| ABRAXANE | PACLITAXEL | 100MG/VIAL | FOR SUSPENSION;IV (INFUSION) | Prescription | None | Yes |

Showing 1 to 1 of 1 entries

**Approval Date(s) and History, Letters, Labels, Reviews for NDA 021660**

**Labels for NDA 021660**